UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROY MCGEE, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Civil Action No. 3:19-cv-2783-X |
| § | |
| JOSE G. GARZA – AUTOS GARZA, § | |
| § | |
| *Defendant*. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** this 8th day of July 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE